**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**June 11, 2013**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re:

JIMMIE GHOLSON,

             Movant.

No. 13-1234

## ORDER

Before **KELLY**, **GORSUCH**, and **MATHESON**, Circuit Judges.

Jimmie Gholson filed a motion for authorization to file a second-or-successive 28 U.S.C. § 2255 motion to vacate, set aside or correct his sentence. Such a motion "must be filed in the district that imposed the sentence." *Licon v. Ledezma*, 638 F.3d 1303, 1311 (10th Cir. 2011) (quotation omitted); *see also* 28 U.S.C. § 2255(a) (providing that a prisoner "may move the court which imposed the sentence to vacate, set aside or correct the sentence"). And before a prisoner may file a second-or-successive § 2255 motion, he must move for authorization "in the appropriate court of appeals." 28 U.S.C. § 2244(b)(3)(A); *see also id.* § 2255(h) (stating "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals").

Mr. Gholson is currently imprisoned at the Kit Carson County Correctional Center in Burlington, Colorado, but his sentence was imposed by the United States District Court for the Northern District of Illinois. Because Mr. Gholson therefore

needs authorization to file a second-or-successive § 2255 motion in the Northern

District of Illinois, the "appropriate court of appeals" in which to seek authorization

is the Seventh Circuit Court of Appeals, rather than this court. *See generally*

28 U.S.C. § 41 (delineating the composition of the thirteen judicial circuits).

Accordingly, this matter is dismissed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                      Douglas E. Cressler
Clerk of Court          June 11, 2013                     Chief Deputy Clerk

Jimmie Gholson
KCCC - Kit Carson Correctional Center
P.O. Box 2000
Burlington, CO 80807
#07352-424

**RE:**   **13-1234, In re: Gholson**
          Dist/Ag docket: 1:08-CV-01840-ZLW

Dear Movant:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/kf